FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0586

———————————

STEVE BARRETT, ROBERT KNIGHT; MONTANA
FEDERATION OF PUBLIC EMPLOYEES; DR.
LAWRENCE PETTIT; MONTANA
UNIVERSITY SYSTEM FACULTY ASSOCIATION
REPRESENTATIVES; FACULTY SENATE OF
MONTANA STATE UNIVERSITY, DR. JOY
C. HONEA; DR. ANNJEANETTE BELCOURT; DR.
FRANKE WILMER; MONTANA PUBLIC
INTEREST RESEARCH GROUP; ASHLEY
PHELAN; JOSEPH KNAPPENBERGER; and MAE
NAN ELLINGSON,                                                      O R D E R

        Plaintiffs, Appellees,
        and Cross-Appellants.

    v.

STATE OF MONTANA, GREG GIANFORTE; and
AUSTIN KNUDSEN,

        Defendants and Appellants.

———————————

Counsel for Selina Soule, Chelsea Mitchell, Madison Kenyon, Macy Petty, and Cynthia Monteleone have filed a motion to file an amicus brief in the captioned matter. There is no opposition to the motion.

Amici have attached a proposed amicus brief to their motion. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to file the brief attached to the motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2023